9/24/2025

Texas Court of Criminal
Appeal's
Article IV, §3 of the
Texas Constitution. And
Judge's sitting on the
bench are under Oath
to be honest and abide
by the law, and not
break the laws, and
Violate the Constitutions.
FACTS
Exparte Lowell Quincy Green,
3rd District Court, Tarrant Co, TX
WR-82,981-10, Cause No.:
0872126 D Indecency
Page 1.

Page 2 of

with Minors Kayla Smith
and Shayla Smith by
2nd Conflict Def. Pearl Cole

Issuer, 12th September 2022.
3909 Longstraw, Watauga TX
(Tarrant County) Tim Curry
Tarrant County Criminal
District Attorney, 401 West
Belknap, Fort Worth, TX 76196,
Judge Elizabeth Berry
3rd Judicial District Court
of Tarrant County, TX.

Page 2.

Page 2 of

with Minors Kayla Smith
and Shayla Smith by
2nd Conflicts Tex. Penal Code
Sec. §2.11 September 2002.
3909 Longstraw, Watauga TX
(Tarrant County) Tim Curry
Tarrant County Criminal
District Attorney, 401 West
Belknap, Fort Worth TX 76196,
Judge Elizabeth Berry
3rd Judicial District Court
of Tarrant County TX.

Page 2.

page 4 of

She kissed Lowell Quincy
Green in the mouth,
cause no. 0872126-D
September 15, 2002...
Kayla Smith and Shayla
Smith told Watauga,
school counselor's that
their stepfather Lowell
Quincy Green (Molested)
both of them, cause no.
0872126-D (Sept. 15, 2002)
Page 4

Page 5 of

Watauga School Counselors

told Tarrant County (CPS)

Caseworker Ms. Makey...
Cause No. 0872186-D.

CPS Case worker Ms. Makey,

told Tarrant County Sheriff's

Detective Zomper Cause

no. 0872136D (Sept. 15, 2002)

Detective Zomper told

Parole office David Lincoln

who was supervising

Lowell Quincy Green #578022

Page 5,

Page 6 of

Sex offender Cause no.
1994-654-y 54th District
Court, McLennan County, Texas,
Lowell DeQuincy Green #518022
Cause no. F81-97008-H,
Unauthorized Use Automobile,
283rd District Court,
Dallas County, Texas, On
parole May 20, 2002, 3409
Longstraw, Watauga, Texas,
Tarrant County, Parole officer
David Lincoln (enforced)
Page 6.

Page 7 of

Lowell    Quincy Green, Full-
Time Student Tarrant County
Community College (Sex)
Offender (Registration)
Special Parking Permit,
August 2002 David
Lincoln, Detective Zamper,
CPS ms. Maley, Watauga
ISD Counsel, Kayla Smith,
Shayla Smith, District
Attorney Tim Curry, The
STATE OF TEXAS, District
Clerk, Thomas A. Wilder,
Page 7.

(Officer) Judge Elizabeth
Berry, Cause no. 0872126 D
3rd Judicial District Court,
Tarrant County, Texas is void,
it does not allege any
"prior" conviction(s), it
does not allege Shayla
Smith, Tex. Code Crim.
Proc. Ann. art. 27.08 (defect
of substance) (9/15/2002),
Parole Officer David Lincoln
breached Plea Bargain
Page 3.

Page 9 of

Cause no. 1994-659-C

54th District Court of

McLennan County, Texas,

Decembner 07, 1994, Conviuction for possession of a Controlle
Substance, namely Cocaine and sentenced to 25 years imorisonm
imprisonment...Judge George Allen... District Attorney

ckJohn Segrest.... Public Defender Russell D. Hunt, Sr.

Lowell Quincy Green....SID-TX03036024  ...TDC#518622

Served 8 and a half years....Paroled May 20, 2002...To
3909 Longstraw, Watauga, Texas, Tarrant County, Texas........

PAROLE OFFICER DAVID LINCOLN BREACHED THE STATE OF TEXAS
0 CONTRACT....CAUSE NUMBER, 1994-659-C 54th DISTRICT COURT OF
OF MCLENNAN COUNTY, TEXAS.................................

FACTS...

LOWELL QUINCY GREEN MOVED TO MILWAUKEE, WISCONSIN WHEN
PAROLE OFFICER DAVID LINCOLN BREACHED THE CONTRACT
IN SEPTEMBER 2002. WISCONSIN DEPARTMENT OF PUBLIC
SAFETY ISSUED LOWELL QUINCY GREENBLACK MALE DOB
MAY 13, 1965 SOCIAL SECURITY NUMBER LAST FOUR DIGITS
3440 VALID WISCONSIN DRIVERS LICENSE...IN SEPTEMBER

PAGE 9.

Page 10 of

September 2002, Employ-
ment - Guyler's Builders
Supplier, Warehouseman /
Truck Driver - Deliveryman,
@ Menominee Falls, WI,
his Domicile, South Milwaukey
Wisconsin September 2002,
(146 F. 4th 296).

FACTS

Milwaukee Wisconsin Police arrested
Lowell DeQuincy Green F0447008-1K
Cause 283rd District Court of
Dallas County, Texas (30) years #578622,
Lowell Quincy Green 1994-659-C,
Cause 54th District Court of
McLennan County, Texas (25) yrs # 978622,
Lowell Quincy Green 0972126-D
Cause 3d District Court

Page 10.

Page 11 of

of Tarrant County, Texas November 10, 2002 (Fugitive) From Texas, based on Texas Board of Pardons and Paroles (warrant) 8610 Shoal Creek Blvd., Austin, Texas 78758, TDCJ-CID RECORDS OFFICE P.O. Box 99, Huntsville, Texas, 77342, Booked into Milwaukee County Jail. NCN E20243120000027470 United States Department of Justice Federal Bureau of Investigation Criminal Justice Information Services Division, 1000 Custer Hollow Road, Clarksburg, WV 26306, DC0000012

Page 11.

TCN WVFBIMOZ-20211108202517-EDO-0000-22483

FBI-UCN 34604AA AGENCY CASE D76898621312

FACTS

NOVEMBER 15, 2020 GREN WAS PROVIDED A EXTRADICTIOIN

HEARING AT THE WISCONSIN, MILWAUKEE COUNTY COURT House

FACTS

United States marshal travell

from Texas, to milwaukee, WI,

County Jail and arrested

Lowell Quincy Green Cause

No. 0872126-D (Fired) Nov.2, 2002

(Extradiction) to Texas

Department of Criminal Justice

Institutional Division Byd unit

November 24, 2002, Morrissey

V. Brewer, 408 U.S. 471 (1972),

(Preliminary) Hearing water Goodman,

Mr. Varmillion (Hearing) officer,

David Lincoln (Parole) officer

Page 12

Page 13 of

1. Brenda smith Green, submitted Recantation Affidavit Kayla Smith "I lied on my stepfather Lowell Quincy Green" Cause 087212b-D,

2. Shayla Smith testified "I lied on my stepfather Lowell Quincy Green 087212b-D FRAUD (FRAUD) 18 USC 8242

3. What Gwigg TSO Counselor (Refused) to attend, CPS Ms. Matey (Refused) to attend and Detective Zomper (Refused) to attend Cause 872126-D, he violated, 18 USC 8242, and Morrissey v. Brewer, 408

Page 13.

Page 14 of

U.S. 471 (1972) The U.S. Con-
stitution has been inter-
preted to protect parolee's
from (Dishonest) Govern-
ment of Officials. Fourteenth
Amendment Sec. 1. Due
Process requires that
reincarceration occur only
after the disclosure
of evidence against
the defendant.

FACTS

(1) April 2003 before Ms. Zamper
illegal bench warrant of
Lowell Quincy Green from
Michael and Louise
no. 0872126-D. Tarrant

Page 14.

Page 15 of

County Jail Cause no. 0872126-D
housing (Sex) offender,
3rd <s>District</s> Court of
Tarrant County, Texas 4/2003

⑤ Public Defender Brenda Hansen,
was a Fraud, she did not
even know Kayla Smith and
Shayla Smith (Recanted),
there are no Complainants,
Cause no. 0872126-D,
No Witnesse's, surely,
Tim Curry cannot be the
Complainant(s) and witnesse(s),
Moreover he was not ready
<s>goo</s> For trial within 120 Days,
the indictment was void <s>state</s>

Page 15, other side

Page 16 or

V. Williams, 938 S.W. 2d 456
(Tex. Crim. App. 1997), Art. III,
or Art. IV, the Court
of Jurisdiction where the
indictment has been pen-
ding shall enter an order
dismissing the same with
prejudice, and any detainer
based thereon shall
cease to be of any
force or effect.

FACTS

(6) May 27, 2006, Judge Elizabeth Berry,
D. A. Tim Curry; Public De-
fender Brendan Hanson,
Page 16.

Page 17 of

Cause No. 0872126-D,
Plea Bargain, Lowell Quincy
Green, 3rd District Court
of Tarrant County, Texas,
Unlawful Restraint, 9 Months
Time-Served. Sex Offender
SID-TX03030024 UD#62147,
(TX 0570000) TX (22-105C) #5918622
Returned (TDC) Middleton
Unit (Fingerprints) an
FBI Files June 04, 2002,
BSI/200000640206052, Served
7 1/2 years (Sex Offender) Paroled
March 20, 2010. Homeless Shelter
Lowell Quincy Green, Mission Waco
1315 N. 15th Street, Waco, TX

Page 17, see other side

McLennan County, Parole
Officer Lee Wilson.

FACTS

⑦ Dr. Charles Hill $100.00 Evaluation,
$20.00 Weekly (Sex) offender
Therapy Lowell Quincy Green,
Cause 087212-B Stay
away from playgrounds,
do not live near schools,
do not work with Kids.

FACTS

⑧ Registered Lowell Quincy
Green, Full-Time Student
McLennan County Comm-
munity College
page 18.



Page 19 of

2002... EMPLOYMENT GUYERS BUILDER SUPPLIER WAREHOUSE MAN August

TRUCK DRIVER DELIVERU MAN 2010, Lowell Green 2408 Ethel

Ave Apt. A Waco, Texas 76707;

Cause No. 0872126-D.

FACTS

⑨ May 2011 Parole Board Brandon Snail Forced Lowell Quincy Green

Cause No. 0872126-D 3d Dis

Trit Court of Tarrant County,

Texas to Wear a (Sex) Offender

(GPS) Tracking Monitor,

which clearly is Illegal

Unauthorized 0872126-D.

FACTS

⑩ March 24, 2012 Lowell

Quincy Green, was arrested

While on parole, He was

Page 19. see other side

afforded any due process of
law under Morrissey v.
Brewer, 408 U.S. 471 (1972)

(11) Paula Bond, Charles McDevney,
Gina Clifford, Brandon Shaw,
Lee Wilson Violated U.S Constitution
Fourteenth Amendment, Sec. 1,
18 U.S.C. § 242 Civil Rights

FACTS

(12) Ex parte Green, 087212600,
3rd District Court Clerk
Thomas A. Wilder, District
Attorney Sharon Wilson, Judge
George Gallagher, Assigned
Magistrate Judge Charles
D. Reynolds, WR-82,981-10,
(Misdemeanor) FALSE Imprison-
ment (Extradition) was illegal,

Page 20.

NO. 4;19-CV-714 JUDGE REED OCONNERS WRIT NUMBER WR-82,981-10

TRIAL COURT NUMBER 082126-D...28 U.S.C. SEC. 2254 NO.4;19-CV_942

CONGRESS DISALLOWS TREASON ON THE BENCH AND ABUSE OF POWERS.

FACTS

COURT OF APPEALS SECOND DISTRICT OF TEXAS TIM CURRY JUSTICE

CENTER, 401 WEST BELKNAP. FORTH WORTH, TEXAS 76196

LOWELL DEQUINCY GREEN TDCJ#00518622, TELFORD UNIT  3899 STATE HWY

98 NEW BOSTON, TEXAS 75570,  FEBRUARY 12,2025 BY: KAREN BROWN

DEPUTY CLERK, RE: CASE NO. 082126-D...WRIT NUMBER 981-10.

and**writ*** and WRIT NUMBER  82,981-21 TEXASA COURT OF CRIMINAL

APPEALS.....................

VERIFICATION

II, LOWELL QUINCY GREEN,THE REAL PARTY IN INTEREST KNOWN TO

THE FBI,  DECLARE AND VERIFY UNDER THE PENALTY OF PERJURY

THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT AND JUDGE

****REED*O*CONE

REED Q CONNERS, LEE ANNE RENO, AND MATTHEW J. KACSMARYK THEY HAVE

SECRETS AND POSSESS THE WRIT NO.82,981-10 IN THEIR OFFICE

28 U.S.C. SEC.1746.

EXECUTED ON SEPTEMBER 23, 2025 AT NEW BOSTON, BOWIE COUNTY, TX.

LOWELLQUINCY GREEN

CERIFTICATION

I, CERIFI THAT A TRUE AND CORRECT COPY WAS MAILED TO JUDGE D

OREED O CONNERS AT 205 S.E. 5th AVE ROOM 133 at his AMARILLO,

TEXAS OFFICE, 79101 BY US MAIL POSTAGE PREPAID ON SEPTEMBEER

23, 2025. He can violate federal laws and federal constitution,

BUT HE CANNOT VIOLATE TEXAS LAWS AND CONSTITUTIONC. HE*SHALRE****

BE HERLD ACCOUNTABLE FOR HIS OFFICIAL MISCONDUCT UNDER OATH. HE

CANNOT EXCUSE HIMSELF...

*Lowell Green*

CITIZENS HAVE RIGHTS.18USC§242

page 24

Reed O'Conner's
Texas Laws. 82981-10,
Authority!

*1. FALSE IMPRISONMENT* Page 1 of 2

*14-10322*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS    *3:18-CV-1454-M-BT*
DALLAS DIVISION

*2. CONGRESS PROHIBIT BAD BEHAVIOR...*

LOWELL QUINCY GREEN,    *LOWELL QUINCY GREEN, 14-10322*
TDCJ No. 518622,

      Plaintiff,    *(3:18-CV-1454-M-BT) (Recorded)*

*3. VS. (step) Parole, 3:21-CV-3190*    No. 3:24-CV-2864-D    *Ed Kinkeade*

*4. ED KINKEADE, (Parole) 3:18-CV-2556.*    *A. ABUSE OF OFFICE*

      Defendant.

*5. Demand $50 million Dollars*

**JUDGMENT**

*6.*    This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that this action is dismissed without prejudice under 28 U.S.C. § 1915(g).

*7.*    Plaintiff Lowell Quincy Green ("Green") is barred from filing or removing any future actions in this or any other federal court without first paying the applicable filing fee or obtaining leave of court.

*8.*    Any case filed or removed by Green without paying the applicable filing fee shall not be reviewed by the court unless Green obtains leave of court to file it from a Judge of a United States Court of Appeals, a United States District Judge, or a United States Magistrate Judge.

*9.*    For any case that Green files or removes to this court that is not accompanied by a motion for leave to file, the Clerk of Court is directed to:

    (1) open a new case for administrative purposes only;

    (2) docket Green's filings and a copy of the judgment in this case in that new

*Page 1. 9/22/2025*

*Page 2 of 3*

case; and

(3) close the case without further order of the court.

Filings other than a motion for leave or a notice of appeal shall be docketed for administrative purposes only and will not otherwise be addressed or acknowledged by the court.

Done at Dallas, Texas January 23, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE

(10) Defendant Sidney A. Fitzwater. Carlson V. Green. 446 US 14.18-19 (1980),

(11) (3:24-CV-0108) SIDNEY A FITZWATER Violating the Federal Constitution can be Sued there is no immunity, moreover, Green exhausted 28 USC 82254, NO. 3:18 CV-1459-m-Bx (Ken Paxton) Lying. 19-10322,

(12) Green v. Lumpkin, WR-82,981-13, NO. 3:20 CV-2768 (A. Joe Fish) Violating his Oath, with David L. Horan on the record, was

page 2. see other side,

Pg 3 of 3

not harmless, 28 USC § 2254,
No. 3:20-CV-2768 (Sept. 2020) 28 USC
§ 636 (Dishonesty) Magistrate
Judge David L. Horan, The United
Congress do not enforce judge
illegal orders, You Can keep
this because Green did
not File this on any
standard form. You need
to explain this to FBI
and Congress. 20-10754,
4:19-CV-779, 4:19-CV-714-0
7:16-CV-114 You are in too
many places, Treason proved,
in Milwaukee 2:19-CV-01608 1 1
ask Lee Anne Renn. 23-3191 she
possess (TEG) 2:19-CV-01681 (LD) 9/23/25.

Lowell Green #518622
Telford Unit
3899 State Hwy 98
New Boston, TX 75570

Special Legal Mail

**RECEIVED**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

OCT - 1 2025

SHREVEPORT LA 710

UNITED STATES
OF AMERICA
FOREVER/USA

★ 2025

U.S. DISTRICT CLERK
OFFICE OF CLERK
Northern District TexaS
205 S, E, 5th Ave # 133
Amarillo, TX 79101

79101-155999